# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-10-432 |
| | § | CRIMINAL  NO. H-10-542 |
| | § | |
| JOHNNY MARTIN VASQUEZ | § | |

## O R D E R

The defendant filed an unopposed motion for continuance, (Docket Entry Nos. 17 and 23).  The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | February 25, 2011 |
| Responses are to be filed by: | March 7, 2011 |
| Pretrial conference is reset to**:** | **March 14, 2011, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **March 21, 2011,, at 9:00 a.m.** |

SIGNED on January 20, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge